## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN E. BUTLER, SR.            Chapter 13

Debtor            Bankruptcy No. 16-12088-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Chief Bankruptcy Judge

7-19-16

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
THOMAS D KENNY
TWO PENN CENTER PLAZA
15TH & JOHN F KENNEDY BOULEVA
PHILADELPHIA, PA 19102

Debtor:
KEVIN E. BUTLER, SR.

5640 HADDINGTON LANE

PHILADELPHIA, PA 19131-