United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-12088-elf
Kevin E. Butler, Sr.                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 2           Date Rcvd: Jul 20, 2016
                              Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
db              +Kevin E. Butler, Sr.,    5640 Haddington Lane,    Philadelphia, PA 19131-3414
cr             ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corporation,    19001 South Western Avenue,
                 Torrance, CA 90509-2958)
13707382         BUREAU OF INDIVIDUAL TAXES,    PO BOX 280510,    HARRISBURG PA 17128-0510
13744961       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13704675        +National Star Mortgage,    PO Box 619098,    Dallas, TX 75261-9098
13707377        +Nationstar Mortgage, LLC,    350 Highland,    Houston, TX 77009-6623
13704676        +North Fork Bank,    594 Broadway # 201,    New York, NY 10012-3234
13707381        +Philadelphia Municipal Court,    1339 Chestnut Street, Room 1020,    Philadelphia, PA 19107-3519
13707380        +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
13707378         Toyota Motor Credit,    0 Two Walnut Grove 210,    Horsham, PA 19044
13715791        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Jul 21 2016 01:15:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2016 01:15:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 21 2016 01:40:37
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13703144         E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 21 2016 01:15:03
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6444
13704677         E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 21 2016 01:15:03
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX 75016
13707376        +E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 01:14:38     Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
13721057         E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 01:14:38     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13707375        +E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 21 2016 01:15:03     American Honda Finance,
                 200 Continental Drive,    Newark, DE 19713-4334
13702277        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 21 2016 01:39:36
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13721032         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2016 01:14:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13707379       ##+Aurora Bank, FSB,    PO Box 1706,    Scottsbluff, NE 69363-1706
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                            Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia             Page 2 of 2              Date Rcvd: Jul 20, 2016
                              Form ID: pdf900            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
          BARBARA A. FEIN    on behalf of Creditor    Toyota Motor Credit Corporation juliep@lobaf.com,
           lawofficeofbarbarafein@gmail.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS D KENNY    on behalf of Debtor Kevin E. Butler, Sr. INFO@KMKMLAW.COM,
           kimariewozniak@outlook.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KEVIN E. BUTLER, SR.                    Chapter 13

                    Debtor          Bankruptcy No. 16-12088-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

7-19-16

Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
THOMAS D KENNY
TWO PENN CENTER PLAZA
15TH & JOHN F KENNEDY BOULEVA
PHILADELPHIA, PA 19102

Debtor:
KEVIN E. BUTLER, SR.

5640 HADDINGTON LANE

PHILADELPHIA, PA 19131-